UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ZHANG YANG, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　Plaintiff,<br><br>v.<br><br>NOBILIS HEALTH CORP., HARRY FLEMING, DAVID YOUNG, and KENNETH J. KLEIN,<br><br>　　　Defendants. | §§§§§§§§§§§§§§<br><br>Case No: 4:19-cv-00145<br><br><br><br><br><br>Judge Andrew S. Hanen |

## DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SUR-REPLY

Defendants Nobilis Health Corp., Harry Fleming, David Young and Kenneth J. Klein believe that their Motions to Dismiss have been fully briefed, and that the filing of a sur-reply by Plaintiff is both unnecessary and wasteful. Moreover, it is worth noting that Plaintiff previously sought, *see* Dkt. 30, to force the four Defendants in this action to limit their Motions to Dismiss to a single 20-page filing in spite of the fact that the individual Defendants' roles and involvement in the events made issue in this case varied significantly.

That being said, to the extent that the Court is inclined to allow Plaintiff to file a sur-reply, Defendants respectfully request that (1) such filing be made quickly, (2) the filing be only a short document, and (3) Defendants be given the option of filing a short response of their own, if necessary.

883362.1

        Respectfully submitted,

        **SMYSER KAPLAN & VESELKA, L.L.P.**

        By: */s/ Tyler G. Doyle*
        Craig Smyser
        Texas Bar No. 18777575
        Tyler G. Doyle
        Texas Bar No. 24072075
        Crystal N. Robles
        Texas Bar No. 24083754
        700 Louisiana, Suite 2300
        Houston, Texas 77002
        713-221-2300
        713-221-2320 (fax)
        csmyser@skv.com
        tydoyle@skv.com
        crobles@skv.com

        *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule 5.1 on August 6, 2019.

        */s/ Tyler G. Doyle*
        Tyler G. Doyle